IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LORI YOUNG, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>Defendants. | CV-24-129-BU-BMM<br><br>**ORDER** |

Paul Doolittle has filed a motion for attorney admission to this Court allowing himself to appear *pro hac vice* in this case pursuant to Rule 2.1(c) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, attorneys of record in any action transferred to the District of Montana under 28 U.S.C. §1407 may continue to represent clients in this Court and are not required to obtain local counsel. (Doc. 26.)  The application of Mr. Doolittle appears to be in compliance with Rule 2.1(c) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation. **IT IS ORDERED**:

1. Mr. Doolittle's motion to appear in this Court (Doc. 26) is **GRANTED**, subject  to the following conditions:

2. Mr. Doolittle must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Mr. Doolittle, not the law firm she works for.

4. Once the pro hac vice motion has been granted, counsel shall file a notice of appearance in the master docket 2:24-md-3126-BMM.

DATED this 7th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court